**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ANDRE M. BROWN, <br><br> Petitioner, <br><br> v. <br><br> U.S. FED. PAROLE COMM'N, <br><br> Respondent. | Case No. EDCV 15-1284-DDP (JPR) <br><br> ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF U.S. MAGISTRATE JUDGE |

The Court has reviewed the Petition, records on file, and Report and Recommendation of U.S. Magistrate Judge. See 28 U.S.C. § 636. No objections to the Report and Recommendation have been filed. On January 4, 2016, mail the Court sent Petitioner at his address of record was returned as undeliverable, with the notation that he was no longer in custody. Petitioner has not filed a change of address.

Local Rule 41-6 provides that

> [a] party proceeding *pro se* shall keep the Court . . . apprised of such party's current address . . . . If mail directed by the Clerk to a *pro se* plaintiff's address of record is returned undelivered by the Postal Service, and

1

  if, within fifteen (15) days of the service date, such
  plaintiff fails to notify, in writing, the Court and
  opposing parties of said plaintiff's current address, the
  Court may dismiss the action with or without prejudice
  for want of prosecution.

The R&R, which was returned to the Court as undeliverable, was served on Petitioner on December 23, 2015.

  The Court accepts the findings and recommendations of the Magistrate Judge and finds that this action is subject to dismissal under Local Rule 41-6 as well.  IT IS ORDERED that Respondent's motion to dismiss is granted and Judgment be entered dismissing this action with prejudice.

DATED: March 2, 2016

            DEAN D. PREGERSON
            U.S. DISTRICT JUDGE