UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| ANDRE M. BROWN, | ) Case No. EDCV 15-1284-DDP (JPR) |
|---|---|
| Petitioner, | ) |
| v. | ) **J U D G M E N T** |
| U.S. FED. PAROLE COMM'N, | ) |
| Respondent. | ) |

Under the Order Accepting Findings and Recommendations of U.S. Magistrate Judge,

IT IS HEREBY ADJUDGED that this action is dismissed with prejudice.

DATED: March 2, 2016

_____
DEAN D. PREGERSON
U.S. DISTRICT JUDGE